# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | 26-510

**Case Name** | Washington v. Department of Education

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Reconsideration of the partial administrative stay entered by the Court on February 3, 2026 or, in the alternative, expedited consideration of the Department of Education's emergency motion to stay the district court's summary judgment order.

Relief is needed no later than *(date)*: February 4, 2026

The following will happen if relief is not granted within the requested time:

> Interim awards that the Department of Education offered to mitigate the irreparable harm from their non-compliance with the district court's summary judgment orders will lapse, causing an interruption to mental health services, graduate studies, staffing and other irreparable harms detailed at Washington v. Dep't of Educ., No. C25-1228-KKE (W.D. Wash.), Dkt. 269 at 31-32.

I could not have filed this motion earlier because:

> This Court issued an administrative stay today, which this emergency motion requests reconsideration of. The Court did not notify Plaintiffs that it was likely to issue a ruling prior to the 10 day deadline for Plaintiffs' response to the Department of Education's emergency motion for stay as contemplated by Rule 27(a)(3)(A), otherwise Plaintiffs would have filed an opposition to the motion.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

I requested this relief in the district court or other lower court:  ◯ Yes  ⦿ No

If not, why not:

> Plaintiffs were successful before the district court in obtaining summary judgment. This motion requests reconsideration of the partial administrative stay this Court issued of the district court's order.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⦿ Yes  ◯ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: February 3, 2026

By *(method)*: Email

Position of other parties: Oppose

Name and best contact information for each counsel/party notified:

> Steven Hazel (Stephen.H.Hazel@usdoj.gov); Daniel Tenny (Daniel.Tenny@usdoj.gov); Brian Kipnis (Brian.Kipnis@usdoj.gov)

I declare under penalty of perjury that the foregoing is true.

**Signature**: s/ Ellen Range     **Date**: 02/03/2026

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 16**                        2                        Rev. 11/21/2019