UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in her official Capacity as United States Secretary of Education,<br><br>  Defendants - Appellants. | No. 26-510<br><br>D.C. No. 2:25-cv-01228-KKE<br>Western District of Washington, Seattle<br><br>ORDER |

Before: TALLMAN, BYBEE, and SANCHEZ, Circuit Judges.

  The Court denies Plaintiffs-Appellees' motion for reconsideration of the Court's temporary administrative stay (Dkt. No. 13).