UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JUL 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON,<br><br>Defendants - Appellants. | No. 26-510<br><br>D.C. No.<br>2:25-cv-01228-KKE<br>Western District of Washington, Seattle<br><br>ORDER |

Before: TALLMAN, BYBEE, and SANCHEZ, Circuit Judges.

The Court denies Defendant-Appellants' motion to hold this case in abeyance (Dkt. No. 30).