**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br>Plaintiffs-Appellees,<br>v.<br>U.S. DEPARTMENT OF EDUCATION, et al.<br>Defendants-Appellants. | No. 26-510 |

**APPELLANTS' MOTION TO MODIFY THE BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 26(b), the government respectfully requests a 30-day extension of the time in which to file its reply brief in this appeal. This motion is opposed.

1. This case involves an Administrative Procedure Act challenge to Department of Education decisions not to continue certain grants related to student mental health. After the district court vacated those decisions and issued a permanent injunction directing the Department to make new continuation decisions on a specified timeline, the government appealed and moved for a stay of the injunction. This Court initially entered an administrative stay but subsequently denied the stay motion. Under the current briefing schedule, the government's reply brief is due on September 8.

2. The government respectfully requests a 30-day extension of time, such that the reply brief would be due on October 8. The government has not previously obtained an

extension of this deadline. Counsel will exercise diligence in preparing the brief in the time requested.

3. The requested extension is necessary to allow appellate counsel adequate time to prepare the brief, in light of other deadlines faced by appellate counsel, and to coordinate with agency counsel. The same government attorneys handling this appeal are also handling an appeal from a preliminary injunction in a related case. *See Washington v. U.S. Dep't of Educ.*, 26-5098 (opening brief due September 8). The government has requested that the district court stay its injunction pending appeal; if the court has not entered a stay by August 19, the government expects to promptly file an emergency motion requesting that this Court enter a stay.

In addition to devoting substantial time to the related case, the government attorneys handling this appeal are also responsible for other significant matters. Daniel Tenny, the attorney with supervisory responsibility over this case, is also responsible for supervising the following matters: *United States v. State of New York*, No. 26-387 (2nd Cir.) (reply brief due August 19); *The C Store Depot, Inc v. FDA*, No. 26-12062 (11th Cir.) (opening brief due August 20); *United States v. State of Colorado*, No. 26-1214 (10th Cir.) (opening brief due August 21); *United States v. California*, No. 26-926 (9th Cir.) (oral argument scheduled August 25); *Vanda Pharms Inc v. FDA*, No. 26-1064 (D.C. Cir.) (response brief due September 4); *Dressen v. Flaherty*, No. 26-40207 (5th Cir.) (response brief due September 8); and *American Council of Learned Soc. v. Nat'l Endowment for the Humanities*, No. 26-1829 (2nd Cir.) (opening brief due September 8). Additionally, Mr. Tenny was out of the office on prescheduled leave on August 3 and 4, and from August

10 through August 14. He will also be out of the office on leave during the week of August 24.

Steven Hazel has principal responsibility for preparing the government's brief in this case. Mr. Hazel also has principal responsibility for preparing the government's briefs in *USPS v. Postal Regul. Comm'n*, No. 25-1289 (D.C. Cir.) (final response brief due September 14); *Firearms Policy Coalition v. Att'y Gen.*, No. 26-30154 (5th Cir.) (principal brief due September 21), and for presenting argument in *Eli Lilly v. HHS*, 26-1301 (7th Cir.) (argument scheduled for September 24). Mr. Hazel will also be out of the office on prescheduled leave from August 26 to August 28.

4. Counsel for plaintiffs have indicated that plaintiffs oppose the relief requested in this motion.

5. The government respectfully notes that plaintiffs themselves obtained a 30-day extension of time to file their response brief in this case.

Respectfully submitted,

DANIEL TENNY

*/s/ Steven H. Hazel*
STEVEN H. HAZEL

*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
(202) 514-2498

August 18, 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 589 words, according to the count of Microsoft Word.

*/s/ Steven H. Hazel*
STEVEN H. HAZEL