**Case No. 26-510**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**STATE OF WASHINGTON, et al.,**

*Plaintiffs-Appellees,*

v.

**UNITED STATES DEPARTMENT OF EDUCATION, et al.,**

*Defendant-Appellants.*

**Case No. 2:25-cv-1228
The Honorable Kymberly K. Evanson, District Judge**

# APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES STATE OF WASHINGTON ET AL

Michael J. Davis
Jeena R. Jiampetti
Atkinson, Andelson, Loya, Ruud & Romo
5075 Hopyard Road, Suite 210
Pleasonton, CA 94588
(925) 227-9200
*MDavis@aalrr.com*
*Jeena.Jiampetti@aalrr.com*

Attorneys for Amicus Curiae
ASSOCIATION OF CALIFORNIA SCHOOL ADMINISTRATORS

**TO THE HONORABLE PRESIDING JUSTICE OF THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT:**

## I. INTRODUCTION

Pursuant to Federal Rules of Appellate Procedure, (FRAP) Rule 29, the Association of California School Administrators ("ACSA") respectfully requests permission to file the accompanying *Amicus Curiae* Brief in support of Plaintiffs-Appellees State of Washington, et al. Defendant-Appellant Department of Education has consented to the filing of the proposed brief. *Amicus* will offer the perspective of California school administrators regarding the impact of the Department of Education's School-Based Mental Health grant discontinuations on Local Education Agencies the administrators they employ, and the students they serve.

## II. IDENTITY AND INTEREST OF AMICUS CURIAE

ACSA is the largest umbrella organization for school leaders in the United States serving more than 18,000 California educators. ACSA's mission is to advocate for California students in Transitional Kindergarten through Grade 12, as well as adult learners, and to develop, empower, and inspire educational leaders to advance

California's public education system.

ACSA has a substantial interest in this matter, as its members are responsible for implementing educational programs and managing resources that directly affect students' access to mental health services. ACSA's experience will assist the Court in understanding the real-world impact that funding disruptions have on vital grant-funded school-based mental health programs, and the students they serve, underscoring the importance of judicial review of such agency funding discontinuations.

ACSA strives to assist the Court by providing it with the perspective of grantees who reasonably relied on the continuation multi-year, multi-million dollar grants to serve vulnerable student populations.

## III. THIS AMICUS CURIAE BRIEF WILL ASSIST THE COURT

ACSA has reviewed the briefs and is familiar with the questions involved in this case and the scope of their presentation. ACSA believes that its brief will assist the Court by addressing the devasting consequences that Local Education Agencies and the students they serve will suffer as a result unanticipated federal funding cuts uncheck

by the judiciary. Presentation of such legal argument is the very reason for affording *amicus curiae* status to interested and responsible parties such as ACSA. *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.,* 694 F.2d 203, 204 (9th Cir. 1982)["[T]he classic role of amicus curiae [is] assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration."].

## IV. CONCLUSION

For the foregoing reasons, ACSA respectfully requests that the Court accept the accompanying *Amicus Curiae* Brief for filing in this case, and ACSA confirms that no party or counsel for any party in the proceeding authored the attached brief in whole or in part or made any monetary contribution intended to fund its preparation or submission. (Federal Rules of Appellate Procedure, Rule 29).

Respectfully submitted,

By: */s/ Jeena R. Jiampetti*
Michael J. Davis (SBN 299196)
Jeena R. Jiampetti (SBN 251075)
Attorneys for ASSOCIATION OF CALIFORNIA SCHOOL ADMINISTRATORS

# CERTIFICATION OF WORD COUNT
(California Rules of Court, Rule 8.204(c)(1))

The foregoing brief contains 457 words (including footnotes, but excluding the table of contents, table of authorities, certificate of service, and this certificate of word count), as counted by the Microsoft Word processing program used to generate the brief.

*/s/ Jeena R. Jiampetti*
Jeena R. Jiampetti

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

*/s/ Jeena R. Jiampetti*
Jeena R. Jiampetti